UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAJUANNA HARPER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) | |
| ) | NO. 3:18-cv-00439 |
| v. ) | CHIEF JUDGE CRENSHAW |
| ) | |
| COAST PROFESSIONAL, INC., and JOHN DOES 1-25, ) ) ) | |
| Defendants. ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 13). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE